UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-143 |
| VERSUS | SECTION "A" |
| DONALD PETER AUZINE, JR. | VIOLATION: 18:1349, 1347, 1956, 1957, 2 |

RE-NOTICE OF SENTENCING
(previously set for 3/8/2022)

Take notice that this criminal proceeding is reset for Sentencing on **MARCH 22, 2022, at 10:00 a.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  March 7, 2022 | CAROL L. MICHEL, CLERK<br>by: Dena White for Wayne Parker, Deputy Clerk |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ DONALD AUZINE, JR. (bond)
✓ Ralph Whalen, Counsel

✓ AUSA:  Kathryn McHugh

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

   JUDGE

**If you change address,
notify clerk of court
by phone, (504) 589-7688**

✓ MAGISTRATE JUDGE

✓ DOD - C. Prieto