UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-143 |
| VERSUS | SECTION "A" |
| DONALD PETER AUZINE, JR. | VIOLATION: 18:1349, 1347, 1956, 1957, 2 |

RE-NOTICE OF SENTENCING
(previously set for 3/22/2022)

Take notice that this criminal proceeding is reset for Sentencing on **APRIL 26, 2022, at 10:00 a.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: March 22, 2022 | CAROL L. MICHEL, CLERK |
| | by: Dena White for Wayne Parker, Deputy Clerk |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

| | |
|---|---|
| ✓ DONALD AUZINE, JR. (bond) | ✓ AUSA: Kathryn McHugh |
| ✓ Ralph Whalen, Counsel | |
| | ✓ U.S. Probation Office |
| | ✓ U.S. Probation Office - Pretrial Services Unit |
| | ✓ U.S. Marshal |
| **If you change address, notify clerk of court by phone, (504) 589-7688** | JUDGE |
| | ✓ MAGISTRATE JUDGE |
| | ✓ DOD - C. Prieto |