UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-143 |
| VERSUS | SECTION "A" |
| DONALD PETER AUZINE, JR. | VIOLATION: 18:1349, 1347, 1956, 1957, 2 |

### RE-NOTICE OF SENTENCING
(previously set for 8/30/2022)

Take notice that this criminal proceeding is reset for Sentencing on **SEPTEMBER 27, 2022, at 10:00 a.m.**, before Judge Jay C. Zainey, Ctrm C467, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: August 26, 2022 | CAROL L. MICHEL, CLERK |
| | by: Bridget Gregory, Deputy Clerk |

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ DONALD AUZINE, JR. (bond)
✓ Ralph Whalen, Counsel

✓ AUSA: Kathryn McHugh

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

JUDGE

✓ MAGISTRATE JUDGE

✓ DOD - C. Prieto

**If you change address, notify clerk of court by phone, (504) 589-7683**