UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
|---|---|---|
| VERSUS | * | NO. 20-143 |
| DONALD PETER AUZINE, JR. | * | SECTION: "A" |

**ORDER**

Considering the foregoing motion,

IT IS ORDERED that the motion for continuance is GRANTED, and that the sentencing herein is scheduled for the 25th day of October, 2022, at 10:00 o'clock a.m.,

New Orleans, Louisiana, this 23rd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE