UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| VERSUS | NO. 20-143 |
| DONALD PETER AUZINE, JR, | SECTION: "E" |

### ORDER

The sentencing of Defendant Donald Peter Auzine, Jr. was set for Tuesday, October 25, 2022, in the chambers of Judge Zainey. On October 19, 2022, Defendant filed a motion for a downward variance.[1] On Monday, October 24, 2022, this matter was transferred to Section E and the sentencing date was vacated.[2]

**IT IS ORDERED** that the sentencing previously set for Tuesday, October 25, 2022, is reset for **November 29, 2022, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that the Government file a response to Defendant's motion for a downward variance[3] on or before **Tuesday, November 8, 2022**.

**New Orleans, Louisiana, this 26th day of October, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 90.
[2] R. Doc. 91.
[3] R. Doc. 90.