UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-143 |
| DONALD PETER AUZINE, JR. | SECTION: "E" |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been reset for **Sentencing** on **November 29, 2022,** at **2:00 p.m.** before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: October 28, 2022

CAROL L. MICHEL, CLERK

by: Brad Newell, Deputy Clerk

TO:

Donald Peter Auzine, Jr. (**BOND**)

AUSA: Kathryn M. McHugh

**COUNSEL FOR DONALD PETER AUZINE, JR.:**
Ralph S. Whalen, Jr. Retained

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

DOD: C. Prieto

Interpreter: **NONE**

**If you change address, notify clerk of court by phone, 504-589-7714**