UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-143** |
| **VERSUS** | * | **SECTION: "A"** |
| **DONALD AUZINE** | * | |

\* \* \*

### RESPONSE TO DEFENDANT'S
### MOTION FOR DOWNWARD VARIANCE

The United States of America, by and through its counsel, respectfully requests this Court deny the Defendant's Motion for a Downward Variance. Rec. Doc. 90.

The Government objects to any variance based on the Defendant's "need to avoid unwarranted sentencing disparities" as alleged in the Defendant's Motion. *Id.* at 3.

Defendant Donald Auzine ("Auzine") has pled guilty to conspiracy to commit health care fraud. Over the course of the conspiracy, Auzine organized a scheme to defraud TRICARE, an insurance benefit program for military members, veterans, and their family members, by finding beneficiaries eligible to receive reimbursements for absurdly overpriced tubes of compounded cream. Auzine found marketers outside of the state who would then find beneficiaries that were willing to receive medically unnecessary compounds and doctors willing to prescribe compounds without medical necessity.

Additionally, Auzine pressured pharmacists to fill prescriptions for beneficiaries where no doctor-patient relationship existed. He also aided in the creation of the prescription pads that had the highest value prescription listed first, the second most expensive second, etc. Auzine and/or his family members, collected over $1,300,000 in commission/kickback fees for Auzine serving as an illicit marketer.

At one point, Auzine intentionally did not appear at the pharmacy on a particular day that inspectors from a licensing board were present. This was because Auzine knew a marketer should not have been affiliated with the pharmacy due to a conflict of interest. One marketing meeting occurred in California, and Auzine was paid a $50,000 check at the end of the meeting.

Auzine's conduct was different and more deliberate than the conduct of other coconspirators. He helped Blackstone create the business and the scheme. He is far more culpable than defendants Deluca and Campo, who were sentenced to probation and 28 months imprisonment, respectively. Deluca served as the IT manager of Prime Pharmacy and Campo as the Pharmacist in Charge. Neither were the masterminds of the scheme and neither worked directly with marketers as Auzine did trying to find more beneficiaries to be used to make claims for creams not needed.

For these reasons, the Government respectfully requests that this Court deny Defendant's Motion for a Downward Variance.

                                        Respectfully submitted,

                                        DUANE A. EVANS
                                        UNITED STATES ATTORNEY

                                        *s/ Kathryn McHugh*
                                        KATHRYN M. MCHUGH
                                        Assistant United States Attorney
                                        U.S. Attorney's Office (E.D. La.)
                                        650 Poydras Street, Suite 1600
                                        New Orleans, Louisiana   70130
                                        Telephone:  (504) 680-3043
                                        kathryn.mchugh@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

                                        *s/ Kathryn McHugh*
                                        KATHRYN MCHUGH
                                        Assistant United States Attorney