## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                            **NO. 20-143**

**DONALD PETER AUZINE, JR.**                    **SECTION: "E" (5)**

### ORDER

**IT IS ORDERED** that a telephone conference in the above matter is hereby **SET**

for **Monday, November 28, 2022, at 10:30 a.m.** The Court will provide counsel of

record with the call-in instructions necessary to participate in the conference.

**New Orleans, Louisiana, this 23rd day of November, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**