UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 20-143 |
| DONALD PETER AUZINE, JR. | * | SECTION: "E" |

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that the Motion for a Telephone Conference is **GRANTED**. The conference is scheduled for **Wednesday, January 25, 2023, at 1:00 p.m.** The Court will provide all counsel with the instructions to participate.

**New Orleans, Louisiana, this 20th day of January, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**