UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-143 |
| DONALD PETER AUZINE, JR. | SECTION: "E" |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been reset for **Sentencing** on **May 9, 2023,** at **3:00 p.m.** before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: January 27, 2023 | CAROL L. MICHEL, CLERK |
| | by: Brad Newell, Deputy Clerk |
| TO: | |
| Donald Peter Auzine, Jr. (**BOND**) | AUSA: Kathryn M. McHugh |
| **COUNSEL FOR DONALD PETER AUZINE, JR.:** | U.S. Marshal |
| Ralph S. Whalen, Jr. Retained | U.S. Probation & Pre-Trial Services Unit |
| | DOD: C. Prieto |
| | Interpreter: **NONE** |

**If you change address, notify clerk of court by phone, 504-589-7714**